IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN ENGINEERING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-cv-4687 |
| | ) | |
| v. | ) | Honorable Blanche M. Manning |
| | ) | |
| CVP GROUP, INC. d/b/a | ) | Magistrate Judge Jeffrey Cole |
| CHICAGO VIBRATOR PRODUCTS, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT
AND PERMANENT INJUNCTION**

Now comes Plaintiff MARTIN ENGINEERING COMPANY, by and through its attorneys, pursuant to Rule 58 of the Federal Rules of Civil Procedure, and represents that the parties, having reached a settlement in the above captioned case, hereby moves this Court to enter the proposed Consent Judgment and Permanent Injunction attached hereto. The proposed Consent Judgment and Permanent Injunction has been signed by counsel for both Parties and by a representative of the Defendant. It has also been approved by the Plaintiff. A fully executed copy of the Consent Judgment shall be presented to the Court at the noticed hearing.

Respectfully submitted,

MARTIN ENGINEERING COMPANY

Date: February 1, 2007

s/ John P. Wappel
Dennis M. McWilliams
Jonathan P. Froemel
John P. Wappel
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
Telephone: 312-357-1313
Facsimile: 312-759-5646

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **AGREED MOTION FOR ENTRY CONSENT JUDGMENT AND PERMANENT INJUNCTION** has been served via by electronic means as part of the Court's electronic case filing system under Local Rule 5.9 and by First Class Mail, properly addressed, postage prepaid, to:

>David C. Thollander
>The Thollander Law Firm
>1048 Odgen Avenue
>Suite 200
>Downers Grove, Illinois 60515
>Phone: 630-971-9195
>Facsimile: 630-971-9240

on this 1st day of February, 2007.

s/ John P. Wappel